FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00265-CR
### NO. 02-17-00266-CR
### NO. 02-17-00267-CR

MICHAEL WADE BLUE                                        APPELLANT

V.

THE STATE OF TEXAS                                        STATE

------------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CR15-0396, CR15-0397, CR15-0398

------------

# ORDER

------------

Appellant Michael Wade Blue's brief was originally due January 8, 2018. This court has granted three previous extensions of time to file appellant's brief. On April 11, 2018, in granting appellant's "Third Motion for Extension of Time in Which to File Appellant's Brief," we ordered the brief due on May 9, 2018, and we stated in our order that **NO FURTHER EXTENSIONS WOULD BE GRANTED**. Appellant has not filed a brief.

Accordingly, it is ordered that the Hon. David A. Pearson, IV, appointed counsel for appellant, file an appellate brief with this court on behalf of appellant

on or before **Monday, June 4, 2018**. **NO FURTHER EXTENSIONS OF TIME FOR FILING APPELLANT'S BRIEF WILL BE GRANTED**. If the brief is not filed by **Monday, June 4, 2018**, appellant's counsel may be required to show cause why he should not be held in contempt of court for failing to file a timely brief.

Failure to timely comply with this order will result in this case being abated and remanded to the trial court (A) to conduct a hearing to determine (1) whether the appellant desires to prosecute the appeal, (2) why appointed counsel has not filed a brief and whether counsel has abandoned the appeal, (3) the exact date that counsel will file a brief on appellant's behalf in the court of appeals or whether substitute counsel should be appointed to represent appellant, and (4) whether appellant desires to proceed pro se; (B) to appoint substitute counsel if necessary; and (C) to make findings for the purpose of aiding this court in determining whether to initiate contempt proceedings against the Hon. David A. Pearson, IV. *See* Tex. R. App. P. 38.8(b)(2)–(4).

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court clerk, the court reporter, and the trial court judge.

DATED May 24, 2018.

PER CURIAM